UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 96-7265

---

WILFORD ANDREW MATHERLY, JR.,

Plaintiff - Appellant,

versus

J. C. BASKFIELD, C/O; C. E. DUNMOODIE, Cap-
tain; D. R. GUILLORY, Warden; R. ANGELONE,
Director; E. MURRAY; W. ROGERS, Regional
Administrator; L. JARVIS, Assistant Warden; L.
KELLY, Assistant Warden; C. LEWIS, Major; V.
WASHINGTON, Treatment Supervisor; D. ANDERSON,
Operations Officer; B. CARABALLA, Counselor;
M. GROSS, Food Services Supervisor; MONISE
SIMONS, Food Service Supervisor; VERNON MAYS,
Food Service Supervisor; CARL HUNT, Food
Service Supervisor; LEON REED, Food Service
Supervisor; NURSE SMITH, Medical Personnel;
NURSE HELLER, Medical Personnel; NURSE JONES,
Medical Personnel; NURSE WEBB; P. MARLOWE,
Nurse; NURSE DERDIVANIS; NURSE JOHNSON; S.
HURLEY, Nurse; D. GATELY, Nurse; G. LOGIN,
Nurse,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk. Henry C. Morgan, Jr., District
Judge. (CA-94-189-2)

---

Submitted: November 7, 1996      Decided: November 20, 1996

---

Before RUSSELL and WIDENER, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Wilford Andrew Matherly, Jr., Appellant Pro Se.  Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia; Sandra Morris Holleran, MCGUIRE, WOODS, BATTLE & BOOTHE, L.L.P., Richmond, Virginia; Malcolm Pollard McConnell, III, Anisa Patrice Kelley, COTTER, FISCELLA & MCCONNELL, Glen Allen, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Matherly v. Baskfield</u>, No. CA-94-189-2 (E.D. Va. Aug. 5, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>